USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/4/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
: 
LUIS MERCEDES, :
:
                              Plaintiff, :       1:25-cv-2729-GHW
:
         -v- :       ORDER
:
TOP ONE INTERNATIONAL CORP., :
:
                            Defendant. :
:
------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

      Plaintiff commenced this action on April 2, 2025, alleging violations of the Americans with Disabilities Act and the New York City Human Rights Law.  Dkt. No. 1.  By letter dated April 28, 2025, Defendant filed *pro se* a motion to dismiss the complaint pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).  Dkt. No. 7.  "A corporation may not appear in federal court *pro se,* and default may enter against a corporate defendant that fails to defend itself in the action by retaining counsel." *Kaplan v. Bank Saderat PLC*, 77 F.4th 110, 116 n.8 (2d Cir. 2023).  Defendant's motion to dismiss is therefore denied without prejudice.  Plaintiff is directed to serve a copy of this order on Defendant and to retain proof of service.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 7.

      SO ORDERED.

Dated: May 4, 2025
       New York, New York

                                                       GREGORY H. WOODS
                                                  United States District Judge