UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/2025
```

------------------------------------------------------------ X
                                                            :
LUIS MERCEDES,                                              :
                                                            :
                                    Plaintiff,             :          1:25-cv-2729-GHW
                                                            :
                        -v-                                 :          ORDER
                                                            :
TOP ONE INTERNATIONAL CORP.,                                :
                                                            :
                                    Defendant.             :
                                                            :
------------------------------------------------------------ X

GREGORY H. WOODS, United States District Judge:

      Plaintiff commenced this action on April 2, 2025.  Dkt. No. 1.  Defendant was served on

April 14, 2025.  Dkt. No. 6.  Defendant filed a motion to dismiss *pro se* on May 1, 2025.  Dkt. No. 7.

The Court denied the motion to dismiss on May 4, 2025 because a corporate entity must be

represented by counsel in federal court.  Dkt. No. 8.  As of the date of this order, no attorney has

filed a notice of appearance on behalf of Defendant in this action.  Plaintiff is therefore directed to

file a letter no later than June 11, 2025 updating the Court on the status of this case.  Plaintiff is

directed to serve a copy of this order on Defendant and to retain proof of service.

      SO ORDERED.

Dated: June 4, 2025
      New York, New York

                                    _____
                                    GREGORY H. WOODS
                                United States District Judge